In the Matter of the Application of HARRIS J. KLEIN.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

WALTER J. McCLELLAND v. CLIMAX HOSIERY MILLS, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

FRANK M. FRENCH v. NASSAU ELECTRIC RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THOMAS A. LEWIS v. MERRITT & CHAPMAN DERRICK AND WRECKING COMPANY.— Motion for reargument or leave to appeal denied, with ten dollars costs. Motion for stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSE BAZIL v. PETER BAZIL.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THOMAS HESSLER v. CHARLES KURTZ.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of IDA ROSOFF and Another against WILLIAM WALSH, Chairman, and Others, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MULHOLLAND MACHINERY CORPORATION v. PHŒNIX INSURANCE COMPANY OF HARTFORD, CONNECTICUT. MULHOLLAND MACHINERY CORPORATION v. SPRINGFIELD FIRE AND MARINE INSURANCE COMPANY OF SPRINGFIELD, MASSACHUSETTS. MULHOLLAND MACHINERY CORPORATION v. CAMDEN FIRE ASSOCIATION OF CAMDEN, NEW JERSEY. MULHOLLAND MACHINERY CORPORATION v. GREAT AMERICAN INSURANCE COMPANY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION, LTD., OF PERTH, SCOTLAND, v. HERTZ DRIVURSELF STATIONS, INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of RICHMOND RAILWAYS, INC., against JOHN F. GILCHRIST and Others, etc. (STATEN ISLAND CHAMBER OF COMMERCE and Others, Intervenors.) — Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BOROUGH PARK TOBACCO COMPANY, INC., v. UNITED STATES CASUALTY COMPANY.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SALLY PETERS HOLMES v. UNDERWOOD & UNDERWOOD, INC.— Motion granted; question certified. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

MILTON GOLDBERG, an Infant, etc., v. ELIZABETH ADELMAN. HYMAN GOLDBERG v. ELIZABETH ADELMAN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.